FILED
11/26/2019 9:52 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2019L013033

FILED DATE: 11/26/2019 9:52 AM 2019L013033

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

TIFFANY GAINES, )
)
      Plaintiff, )
vs. )
)
MICHAEL S. MELCHER, individually, )
and as agent and/or employee of )
IMPEL UNION, INC., and )
IMPEL UNION, INC., )
)
      Defendants. )

## COMPLAINT AT LAW

NOW COME the Plaintiff, TIFFANY GAINES (hereinafter "the Plaintiff"), by and through her attorneys, AMBROSE BUTZEN LAW GROUP, P.C., and complaining of the Defendants, MICHAEL S. MELCHER, individually, and as agent and/or employee of IMPEL UNION, INC., and IMPEL UNION, INC., states as follows:

### Allegations Common to All Counts

1. At all relevant times herein, the Plaintiff was a resident of the City of Lansing, County of Cook and the State of Illinois.

2. At all relevant times herein, on information and belief, Defendant MICHAEL MELCHER was a resident of the State of Florida.

3. At all relevant times herein, Defendant MICHAEL S. MELCHER was employed by Defendant IMPEL UNION, INC., and acting with the course and scope of his employment with Defendant IMPEL UNION, INC.

4. At all relevant times herein, Defendant IMPEL UNION, INC., was an Illinois corporation organized under the laws of the State of Illinois and transacting

1

business in the State of Illinois on a regular and systematic basis and whose principal place of business is 1 S 450 Summit Avenue, Suite 325, Oakbrook Terrace, Illinois.

5.     On or about November 29, 2017, the Plaintiff was the owner and operator of a motor vehicle that was traveling southbound on I-94, just east of Martin Luther King Drive, in the City of Chicago, County of Cook and State of Illinois.

6.     On or about November 29, 2017, Defendant MICHAEL S. MELCHER was the operator of a motor vehicle, owned and maintained by Defendant IMPEL UNION, INC., that was traveling southbound on I-94, just east of Martin Luther King Drive, in the City of Chicago, County of Cook and State of Illinois.

7.     At all times relevant hereto, it was the duty of Defendants, MICHAEL S. MELCHER, individually, and as agent and/or employee of IMPEL UNION, INC., and IMPEL UNION, INC., and each of them, to maintain and operate their motor vehicles in a safe and careful manner so as to avoid causing injury to the Plaintiff.

8.     The Defendants, MICHAEL S. MELCHER, individually, and as agent and/or employee of IMPEL UNION, INC., and IMPEL UNION, INC., breached the foregoing duties to the Plaintiff when they committed one or more of the following negligent acts or omissions:

    a. Drove too fast for conditions in violation of 625 ILCS 5/11-601;
    b. Failed to reduce speed in violation of 625 ILCS 5/11-601;
    c. Failed to sound a warning in violation of 625 ILCS 5/12-601;
    d. Failed to maintain control of their vehicles;
    e. Failed to maintain their vehicles in a safe condition;
    f. Failed to timely apply brakes to avoid an accident;
    g. Failed to adequately warn of their presence;
    h. Failed to maintain a proper lookout for other cars upon the roadway;
    i. Failed to yield the right-of-way;
    j. Made an improper and illegal lane change when it was unsafe to do so;
    k. Were otherwise careless and negligent.

FILED DATE: 11/26/2019 9:52 AM    2019L013033

FILED DATE: 11/26/2019 9:52 AM 2019L013033

9. As a direct and proximate result of one or more of the foregoing careless or negligent acts of the Defendants, MICHAEL S. MELCHER, individually, and as agent and/or employee of IMPEL UNION, INC., and IMPEL UNION, INC., and each of them, the vehicle operated by Defendant MICHAEL S. MELCHER collided with the Plaintiff's vehicle.

10. As the direct and proximate result of one or more of the foregoing careless or negligent acts or omissions of the Defendants, MICHAEL S. MELCHER and IMPEL UNION, INC., and each of them, the Plaintiff was caused severe and permanent injuries that required and will continue to require the incurrence of significant medical bills for necessary medical care and treatment, she was caused pain and suffering, loss of a normal life, lost wages and earning capability, an increased likelihood of future injury, and emotional trauma, all of which are expected to continue into the future on a permanent basis. The Plaintiff also sustained damage to her vehicle.

## COUNT I

### TIFFANY GAINES v. MICHAEL MELCHER

11. Plaintiff TIFFANY GAINES re-alleges paragraphs 1-10 above as paragraph No. 11 of Count I of her complaint as fully alleged and incorporated herein.

WHEREFORE the Plaintiff, TIFFANY GAINES, prays that this Honorable Court enter judgment in her favor and against the Defendant, MICHAEL S. MELCHER, in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs.

## COUNT II

### TIFFNAY GAINES v. IMPEL UNION, INC.

3

12. Plaintiff TIFFANY GAINES re-alleges paragraphs 1-10 above as paragraph No. 12 of Count II of her complaint as fully alleged and incorporated herein.

13. At all times relevant herein, Defendant MICHAEL S. MELCHER was an employee and/or agent of Defendant IMPEL UNION, INC., and was acting within the scope and course of his employment with Defendant IMPEL UNION, INC., and therefore, Defendant IMPEL UNION, INC. is vicariously liable for any negligent conduct of Defendant MICHAEL S. MELCHER, as alleged aforesaid, under the doctrine of *respondeat superior*.

WHEREFORE the Plaintiff, TIFFANY GAINES, prays that this Honorable Court enter judgment in his favor and against the Defendant, IMPEL UNION, INC., in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs.

AMBROSE BUTZEN LAW GROUP, P.C.

By: /s/ David R. Butzen
David R. Butzen

AMBROSE BUTZEN LAW GROUP, P.C.
Attorneys for Plaintiff
77 West Washington, Suite 1124
Chicago, Illinois 60602
312-726-1470
Attorney No.: 59639
dbutzen@ambrosetriallaw.com