IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Tiffany Gaines
Plaintiff(s),

v.

Michael S. Melcher, et al
Defendant(s).

Case No: 20-cv-5228
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court denies Impel Union's motion for improper joinder.  Because the Court lacks jurisdiction over this case, the Court remands the case to the Circuit Court of Cook County.

This action was *(check one)*:

☐ tried by a jury with Judge Sara L. Ellis presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for improper joinder.

Date:  4/7/2021                                              Thomas G. Bruton, Clerk of Court

                                                             Rhonda Johnson , Deputy Clerk