

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 4/21/2021

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Gaines v. Michael S. Melcher et al
USDC Case Number:  1:20-cv-05228
Circuit Court Case Number:  19 L 013033

Dear Clerk:

A certified copy of an order entered on 04/07/2021 by the Honorable   Sara L. Ellis, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

          Sincerely yours,
          Thomas G. Bruton, Clerk

          By: /s/ E. Caswick
               Deputy Clerk

Enclosure(s)

Rev. 10/05/2016